UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD H. LANE, | CASE NO. C25-1519-KKE |
| Plaintiff(s), | ORDER DENYING PLAINTIFF'S MOTIONS AND EXTENDING THE SERVICE DEADLINE |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant(s). | |

Plaintiff is representing himself in this action, alleging that Defendant, the Internal Revenue Service ("IRS"), fraudulently imposed tax increases and penalties on him. Dkt. No. 1. Plaintiff has not yet served the IRS with process because his efforts to personally serve have been ineffective. *See* Dkt. No. 8 at 2. Plaintiff filed a motion "to compel service" on the IRS. *Id*. He also filed a motion for entry of default judgment against the IRS. Dkt. No. 9. For the following reasons, the Court denies both motions.

To the extent that Plaintiff's motion to compel service requests that the Court order the United States Marshal to effectuate service of process on the IRS, the Court finds no legal basis to do so and therefore denies the motion to the extent it could be construed to request that relief. The Court does find good cause, however, to extend the 90-day service deadline in Federal Rule of

Civil Procedure 4 to allow Plaintiff to serve the IRS by mail.[1] Plaintiff is ORDERED to file proof of service no later than January 30, 2026.

Because Plaintiff acknowledges that the IRS has not yet been served with process (Dkt. No. 8), its deadline to respond to Plaintiff's complaint has not started to run. Moreover, the IRS has not been found in default. Thus, Plaintiff's motion for default judgment (Dkt. No. 9) is premature and therefore DENIED. *See* Local Rules W.D. Wash. LCR 55(b)(1) ("No motion for judgment by default should be filed against any party unless the court has previously granted a motion for default against that party pursuant to LCR 55(a) or unless default otherwise has been entered.").

Dated this 11th day of December, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] Instructions for serving a federal agency by mail can be found on the Court's website on pages 24 and 25 of this document: https://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt.pdf.

ORDER DENYING PLAINTIFF'S MOTIONS AND EXTENDING THE SERVICE DEADLINE - 2