UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD H. LANE, | CASE NO. C25-1519-KKE |
| Plaintiff(s), | ORDER EXTENDING DEADLINE TO FILE PROOF OF SERVICE |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant(s). | |

Plaintiff is representing himself in this action, alleging that Defendant, the Internal Revenue Service ("IRS"), fraudulently imposed tax increases and penalties on him. Dkt. No. 1. Plaintiff filed this action in August 2025, but it does not appear that Plaintiff has yet served the IRS with process. On December 11, 2025, the Court extended Plaintiff's deadline to serve the IRS, in order to provide an opportunity for service by mail Plaintiff to serve the IRS by mail, and referenced instructions for doing so. Dkt. No. 10. The Court instructed Plaintiff to file proof of service no later than January 30, 2026. *Id.*

On December 19, 2025, the Court received a document from Plaintiff summarizing his efforts to serve the IRS to date. Dkt. No. 11. That document does not establish that the IRS has been served, nor does it document that Plaintiff followed the instructions for serving the IRS by mail. *Id.*

ORDER EXTENDING DEADLINE TO FILE PROOF OF SERVICE - 1

The Court will provide another opportunity for Plaintiff to serve the IRS and again notes that instructions for serving a federal agency by mail can be found on pages 24 and 25 of a document available on the Court's website, the Pro Se Guide to Filing Your Lawsuit in Federal Court. The clerk is directed to mail a copy of this document along with this order to Plaintiff. The Court ORDERS Plaintiff to file proof of service no later than March 31, 2026.

Dated this 26th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE TO FILE PROOF OF SERVICE - 2