UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD H. LANE, | CASE NO. C25-1519-KKE |
| Plaintiff(s), | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant(s). | |

Plaintiff Richard Lane, representing himself, filed this action against the Internal Revenue Service ("IRS"), arguing that it had fraudulently imposed tax increases and penalties on him and/or his business. Dkt. No. 1. The IRS's responsive pleading is due May 18, 2026, and the United States (on behalf of the IRS) now requests a 45-day extension of that deadline to allow it to obtain the necessary information to evaluate Lane's claims and prepare a motion to dismiss. Dkt. No. 17. The United States also requests an extension of the early case deadlines previously imposed by the Court, to allow the motion to dismiss to be resolved first. *Id*. Lane opposes the United States' motion, arguing that the conduct that gave rise to this action has been going on for years and he would prefer prompt resolution. Dkt. No. 18.

The Court finds good cause to grant the United States' motion for a relatively brief extension. Although the Court is sympathetic to Lane's desire for resolution, a 45-day extension is not unduly lengthy and is necessary to allow the United States sufficient time to coordinate with

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

the IRS so that Lane's claims can be adjudicated on their merits. The Court therefore GRANTS the motion for extension (Dkt. No. 17) and VACATES the early case deadlines (Dkt. No. 16), to be reset as necessary after the forthcoming motion to dismiss is resolved. The United States' response to Lane's complaint must be filed no later than July 3, 2026.

Dated this 14th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2