UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD H. LANE,<br><br>Plaintiff(s),<br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant(s). | CASE NO. C25-1519-KKE<br><br>ORDER TERMINATING MOTIONS |

Plaintiff is representing himself in this action, alleging that Defendant, the Internal Revenue Service ("IRS"), fraudulently imposed tax increases and penalties on him. Dkt. No. 1. The United States, on behalf of the IRS, filed a motion to dismiss this action for lack of subject matter jurisdiction. Dkt. No. 20. While that motion remained pending, Plaintiff filed a motion to compel the United States to respond to a subpoena and a motion for sanctions based on the United States' failure to respond to the subpoena. Dkt. Nos. 24, 29.

The Court finds that Plaintiff's pending motions are premature, given that the Court vacated the early case deadlines, indicating that discovery would begin and a case schedule would be set after the motion to dismiss is resolved. *See* Dkt. No. 19. The clerk is therefore directed to TERMINATE Plaintiff's discovery-related motions (Dkt. Nos. 24, 29) without prejudice to re-filing if the Court denies the United States' motion to dismiss for lack of subject matter jurisdiction.

Dated this 4th day of September, 2026.

Kymberly K. Evanson
United States District Judge