UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD H. LANE,<br><br>Plaintiff(s),<br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant(s). | CASE NO. C25-1519-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

Plaintiff, representing himself, requests reconsideration of the Court's previous order granting Defendant's motion to dismiss the case. Dkt. No. 37.

Plaintiff has not shown that reconsideration is warranted. Plaintiff has not identified new facts or legal authority that could not have been brought to the Court's attention earlier, nor shown manifest error in the Court's reasoning. *See* Local Rules W.D. Wash. LCR 7(h)(1) ("The court will ordinarily deny [motions for reconsideration] in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

Accordingly, the Court DENIES Plaintiff's motion (Dkt. No. 37) and this case remains closed.

Dated this 22nd day of October, 2026.

Kymberly K. Evanson
United States District Judge